No. 98–732. POLARIS INSURANCE CO., LTD. v. BRUNET ET AL. Ct. App. La., 5th Cir. Certiorari denied. ▮

No. 98–733. POWELL ET AL. v. ALABAMA POWER CO. Sup. Ct. Ala. Certiorari denied. ▮

No. 98–742. AMERICAN NATIONAL FIRE INSURANCE CO. v. PACIFIC INSURANCE CO. ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–747. QUARTZ CREEK LAND CO. v. CHILDERS. Ct. App. Colo. Certiorari denied. ▮

No. 98–760. TRIPLETT ET AL. v. LIVINGSTON COUNTY BOARD OF EDUCATION ET AL. Ct. App. Ky. Certiorari denied. ▮

No. 98–761. MARTIN v. BAUGH. C. A. 11th Cir. Certiorari denied. ▮

No. 98–775. MILLER v. VANNATTA ET AL. C. A. 9th Cir. Certiorari denied. ▮

No. 98–779. UNITED STATES SURGICAL CORP. v. APPLIED MEDICAL RESOURCES CORP. C. A. Fed. Cir. Certiorari denied.

No. 98–780. MCMILLAN v. MASSACHUSETTS SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS ET AL. C. A. 1st Cir. Certiorari denied. ▮

No. 98–783. WRIGHT v. ERNST & YOUNG LLP. C. A. 2d Cir. Certiorari denied. ▮

No. 98–784. PMC, INC. v. SHERWIN-WILLIAMS CO. C. A. 7th Cir. Certiorari denied. ▮

No. 98–787. SCOTT v. CARGILL INVESTOR SERVICES, INC., ET AL. C. A. 11th Cir. Certiorari denied. ▮

No. 98–788. CANADY ET AL. v. ALLSTATE INSURANCE CO. ET AL. C. A. 8th Cir. Certiorari denied. ▮